IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:22-cv-00077

| | |
|---|---|
| **KEITH H. ROUGHT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| **KILOLO KIJAKAZI, Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

Before the Court is the Motion of Plaintiff, Keith H. Rought, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that attorney fees in the total amount of Five Thousand Six Hundred Eleven Dollars and Twenty Cents ($5,611.20) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. Astrue v. Ratliff, 130 S.Ct. 2521 (2010). If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Olinsky Law Group. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

Whether the check is made payable to Plaintiff or to Plaintiff's attorney, the check shall

be mailed to Olinsky Law Group at the following address:

250 South Clinton Street
Suite 210
Syracuse, NY 13202

Signed: September 5, 2023

Graham C. Mullen
United States District Judge